NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRAFTECH INTERNATIONAL HOLDINGS, INC.,**
*Appellant*

v.

**LAIRD TECHNOLOGIES INC.,**
*Appellee*

---

15-1796
(Serial no. IPR2014-00023 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellant, GrafTech International Holdings, Inc. unopposed motion to extend time to file appellant's principal brief,

IT IS ORDERED THAT:

    The motion is granted. The Appellant's brief is due on October 19, 2015.

                                     FOR THE COURT

August 21, 2015                /s/ Daniel E. O'Toole
                                       Daniel E. O'Toole
                                       Clerk of Court